UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60110-CR-Gold/Garber

UNITED STATES OF AMERICA,

v.

NATHANIEL J. CARRY,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Alan S. Gold for a change of plea. Upon due consideration, it is hereby

**ORDERED that a change of plea hearing shall be held before the undersigned on Tuesday, the 18th day of May, 2010, at 10:00 A.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132. Sentencing is scheduled for Friday, July 30, 2010, at 9:30 A.M. in Courtroom 11-1, Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Miami, Florida 33128, before United States District Judge Alan S. Gold.**

DONE AND ORDERED in Chambers at Miami, Florida this 10th day of May, 2010.

                                              _____
                                              BARRY L. GARBER
                                              UNITED STATES MAGISTRATE JUDGE